114

United States District Court
Southern District of Texas
FILED

OCT 20 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. M-20-1793 |
| | § | |
| CHRISTIAN RUBEN CHAVEZ | § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about April 29, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### CHRISTIAN RUBEN CHAVEZ

knowing that he was an unlawful user of and addicted to a controlled substance, did knowingly possess in and affecting interstate commerce, firearms, namely: a Smith & Wesson, Model SW40VE, .40 caliber pistol; a Stevens Model 320, 12-gauge shotgun; and a Windham Weaponry Inc., Model WW-15, 5.56mm caliber rifle.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## NOTICE OF FORFEITURE
### 18 U.S.C. § 922(g)(3)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

### CHRISTIAN RUBEN CHAVEZ

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(3), all firearms and ammunition involved in said violation are subject to forfeiture, including but not limited to the following:

Smith & Wesson, Model SW40VE, .40 caliber pistol, SN: HFS5554;

Stevens Model 320, 12-gauge shotgun, SN: 177333G;

Windham Weaponry Inc., Model WW-15, 5.56mm caliber rifle, SN: WW146610; and

965 rounds of assorted caliber ammunition.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY